# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PARKSIDE VILLAS, LLC; RODGER KOOSER, BRUCE K. HERMAN, STANLEY BUDZINSKI, WESTLB AG;** and **GUSTAVO J. CARBONNELL ARCHITECT/PLANNER, P.A.,**
Appellants,

v.

**FIRST CITIZENS BANK & TRUST COMPANY, N.A.,**
Appellee.

No. 4D18-362

[February 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. 07-34706 CACE (04).

Bruce K. Herman of The Law Offices of Bruce K. Herman, P.A., Fort Lauderdale, for appellants.

Daniel M. Coyle and Gregory S. Grossman of Sequor Law, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***